# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

February 1, 2016

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *In re: General Motors LLC Ignition Switch Litigation*;
            *Armenta v. General Motors Corp., LLC, et al*, 1:16-cv-00028 (JMF);
            *Barnes, et al. v. General Motors LLC*, 1:16-cv-00399 (JMF);
            *Bowen, et al. v. General Motors LLC*, 1:15-cv-09873 (JMF);
            *Cotton, et al. v. General Motors LLC*, 1:15-cv-09873 (JMF);
            *Hammatt, et al. v. General Motors LLC, et al.*, 1:16-cv-00007 (JMF);
            *Lucas, et al. v. General Motors LLC*, 1:16-cv-00205 (JMF);
            *Newell v. General Motors LLC*, 1:16-cv-00222 (JMF);
            *Parker, et al. v. General Motors LLC*, 1:15-cv-09538 (JMF);
            *Williams v. General Motors LLC*, 1:16-cv-00394 (JMF)

Dear Judge Furman:

      Pursuant to Order No. 69 Paragraph 8 (Docket No. 1162), counsel for General Motors LLC ("GM LLC") hereby certify that on January 29, 2016, GM LLC served a copy of the Order on counsel for plaintiffs in the above-captioned individual actions via email.  A copy of the letter sent to plaintiffs' counsel is attached hereto as Exhibit 1.

                                    Respectfully submitted,

                                      /s/ Richard C. Godfrey, P.C.
                                      /s/ Andrew B. Bloomer, P.C.

                                      *Counsel for Defendant General Motors LLC*